UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMUEL BLACKSHIRE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF YUBA, a Public Entity, BRANDON HENDRIZ, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.  2:19-CV-02307-TLN-AC<br><br>**ORDER** |

Having considered Defendants' *Ex Parte* Application to Modify the Scheduling Order (ECF No. 9), Plaintiff's opposition (ECF No. 10), and Defendants' reply (ECF No. 11), and having found good cause to do so, the Court GRANTS Defendants' application (ECF No. 10).  It is HEREBY ORDERED that the Pre-Trial Scheduling Order (ECF No. 3) is modified to reflect the following:

1. All discovery, with the exception of expert discovery, shall be completed no later than **May 31, 2021**.
2. The deadline for all dispositive motions is **July 08, 2021**.

DATED:  January 19, 2021

Troy L. Nunley
United States District Judge