UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMUEL BLACKSHIRE, | No. 2:19-cv-02307 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF YUBA, et al., | |
| Defendants. | |

On February 11, 2021, defendants filed a motion to compel. ECF No. 15. The amended notice of motion set the hearing for May 5, 2021. ECF No. 20. The motion was set for hearing on the papers. ECF No. 21. The parties have failed to file a Joint Statement re Discovery Disagreement or an affidavit at least seven (7) days before the scheduled hearing.

Local Rule 251(a) provides that a Joint Statement re Discovery Disagreement of an affidavit must be filed seven days preceding the noticed hearing date. The Local Rule further provides that "[t]he hearing may be dropped from the calendar without prejudice" if the required briefing is not timely filed. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Defense counsel, by declaration, asserts a belief that the pending motion "falls under the exception in Local Rule 251(e) because Plaintiff's counsel George Jones has failed to respond to

any of the discovery issues I laid out in my 1/21/21 letter. Further, this exception is valid because Plaintiff has completely failed to attempt any informal solution to resolve the issues which I identified. Plaintiff's counsel also failed to address my contention that a subsequent deposition of Plaintiff Lemuel Blackshire was necessary, and failed to meet and confer regarding any of the issues I identified." ECF No. 15-2 at 6.

The court does not agree that the exception applies. The exception in Local Rule 251(e) is narrow and applies only when the motion is limited to sanctions or "when there has been a complete and total failure to respond to a discovery request or order." It is clear from the declaration, the motion itself, and the docket that the parties have been in communication regarding the discovery at issue, and the court is not convinced that a joint statement is impossible to obtain in this case.

Good cause appearing, IT IS HEREBY ORDERED that the parties shall submit a joint statement regarding the pending discovery motion at ECF No. 15 no later than May 26, 2021. Counsel for both parties are cautioned that future failure to comply with the Local Rules will result in monetary sanctions.

IT IS SO ORDERED.

DATED: May 4, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE